**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eddy P.G.,

Petitioner,

v.

David Easterwood, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-04058 (MJD/DTS)

---

Solomon Daniel Steen, Contreras Edin Law, P.A., Counsel for Petitioner.

Derek Ganzhorn, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On October 14, 2026, the Court granted Petitioner Eddy P.G.'s Petition for Writ of Habeas Corpus. (Doc. 11.) As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On October 15, 2026, Respondents provided a status update informing the Court that Petitioner was released with his property. (Doc. 13.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Eddy P.G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 19, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court